Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DEBORAH GLICK et al., Appellants, v ROSE HARVEY et al., Respondents. NEW YORK UNIVERSITY, Third-Party Respondent.

Submitted May 4, 2015; decided May 7, 2015

Motion by Friends of LaGuardia Place, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of DEBORAH GLICK et al., Appellants, v ROSE HARVEY et al., Respondents. NEW YORK UNIVERSITY, Third-Party Respondent.

Submitted May 4, 2015; decided May 7, 2015

Motion by Michael C. Blumm et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of DEBORAH GLICK et al., Appellants, v ROSE HARVEY et al., Respondents. NEW YORK UNIVERSITY, Third-Party Respondent.

Submitted May 4, 2015; decided May 7, 2015

Motion by New York Civic for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.